**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EPPENDORF AG<br>    a Company organized and<br>    existing under the laws of<br>    Germany,<br><br>and<br><br>EPPENDORF ARRAY<br>TECHNOLOGIES S.A.<br>    a Company organized and<br>    existing under the laws of<br>    Belgium,<br><br>and<br><br>EPPENDORF NORTH AMERICA, INC.<br>    a Delaware Corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>NANOSPHERE, INC.<br>    a Delaware Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

Plaintiffs Eppendorf AG, Eppendorf Array Technologies S.A. and Eppendorf North

America, Inc. (collectively "Eppendorf") by and through their attorneys, hereby demand a jury

trial and allege, upon information and belief, in this Complaint against Defendant Nanosphere,

Inc. (hereinafter "Nanosphere" or "Defendant") as follows:

**THE PARTIES**

1.    Plaintiff Eppendorf North America Inc., having its principal place of business at

One Cantiague Road, P.O. Box 1019, Westbury, NY 11590-0207, is a corporation organized

under the laws of the state of Delaware.

2.      Plaintiff Eppendorf AG, is a company existing and organized under the laws of Germany, located at Barkhausenweg 1, 22339 Hamburg, Germany.

3.      Plaintiff Eppendorf Array Technologies S.A. is a company existing and organized under the laws of Belgium, located at Rue du Seminare 20A, 5000 Namur, Belgium.

4.      Defendant Nanosphere, Inc., having its principal place of business at 4088 Commercial Avenue, Northbrook, IL 60062, is a corporation organized under the laws of the State of Delaware.

## JURISDICTION AND VENUE

5.      This action arises under the Patent Laws of the United States of America, 35 U.S.C. §§ 101, *et seq.*

6.      Subject matter jurisdiction of this Court is proper under 28 U.S.C. §§1331 and 1338.

7.      This Court can properly exercise personal jurisdiction over Defendant Nanosphere, Inc. by virtue of the fact that it is incorporated in the State of Delaware, thereby availing itself of the laws of the State of Delaware and deriving the protections and benefits thereof.

8.      Venue for the present action properly lies in this District pursuant to 28 U.S.C. §§ 1391(c) and 1400(b).

## THE PATENT-IN-SUIT

9.      United States Patent No. 7,321,829 (hereinafter referred to as the "'829 patent"), entitled "Method for the Identification and/or the Quantification of a Target Compound Obtained from a Biological Sample Upon Chips" was duly and legally issued on January 22, 2008.  A true

{J599504 00737325.DOC 2}

and correct copy of the '829 patent is attached hereto as Exhibit 1.

10.     Plaintiff Eppendorf Array Technologies S.A. is the assignee and owner of the '829 patent.

11.     Plaintiff Eppendorf AG is a licensee of the '829 patent.

12.     Plaintiff Eppendorf North America, Inc. sells and distributes various products in the United States covered by the '829 patent.

13.     All maintenance fees for the '829 patent have been properly paid to the United States Patent & Trademark Office (hereinafter referred to as "the USPTO").

## BACKGROUND

14.     Plaintiffs develop, produce and distribute systems for use in life-science research laboratories worldwide.

15.     Plaintiffs product range includes pipettes, dispensers, and centrifuges as well as consumables such as micro test tubes and pipette tips. In addition, Plaintiffs provide instruments and systems for cell manipulation, automated devices for liquid handling, equipment for DNA amplification and biochips.

16.     Plaintiff Eppendorf AG manufactures and distributes the Silverquant detection Kit which is the core part of the highly sensitive colorimetric Silver stain technology. The Silverquant detection kit contains all necessary reagents for staining DNA, RNA, and protein arrays.

17.     Defendant Nanosphere sells and manufactures the Verigene® System, which is a molecular diagnostics technology used to detect nucleic acid and protein targets of interest for a variety of applications.

18.   Defendant Nanosphere asserted in correspondence with Eppendorf that Dr. Chad A. Mirkin (hereinafter "Dr. Mirkin"), was working in the same field of research and that public disclosures of Dr. Mirkin were relevant prior art to the subject matter claimed in the '829 patent.

19.   Defendant Nanosphere further asserted in correspondence with Eppendorf that Nanosphere may have superior rights to Eppendorf with respect to patents covering overlapping subject matter.

20.   Upon information and belief, Defendant Nanosphere is the assignee of several patents and patent applications relating to nanoparticles having oligonucleotides attached thereto.

21.   Upon information and belief, Defendant Nanosphere is the assignee of U.S. Patent Nos. 6,361,944; 6,406,745; 6,417,340; 6,495,324; 6,506,564; 6,582,921; 6,610,491; 6,645,721; 6,673,548; 6,677,122; 6,682,895; 6,709,825; 6,720,147; 6,720,411; 6,730,269; 6,749,491; 6,750,016; 6,759,199; 6,767,702; 6,773,884; 6,777,186; 6,812,334; 6,818,753; 6,828,432; 6,861,221; 6,878,814; 6,902,895; 6,903,207; 6,962,786; 6,969,761; 6,974,669; 6,984,491; 6,986,989; 7,098,320; 7,110,585; 7,115,688; 7,122,526; 7,135,055; 7,147,687; 7,163,823; 7,169,556; 7,186,814; 7,208,587; 7,238,472; 7,250,499; 7,253,277; 7,259,252; 7,297,553; 7,396,677; 7,476,550; 7,482,173; 7,485,469; 7,485,470; and D587,110 (hereinafter collectively referred to as the "Nanosphere Patents").

22.   Upon information and belief, none of the Nanosphere Patents disclose the same subject matter claimed in the '829 patent.

23.   Upon information and belief, none of the Nanosphere Patents claim the same subject matter claimed in the '829 patent.

24.   Upon information and belief, Dr. Mirkin is named as an inventor on patents and patent applications assigned to Defendant Nanosphere relating to nanoparticles.

25.    Upon information and belief, Dr. Mirkin has authored several papers relating to nanoparticles.

26.    Upon information and belief, Dr. Mirkin is an author of "A DNA-based method for rationally assembling nanoparticles into macroscopic materials," Nature, vol. 382, pp. 607-9. This article was published on August 15, 1996.

27.    The article "A DNA-based method for rationally assembling nanoparticles into macroscopic materials," does not disclose an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

28.    The article "A DNA-based method for rationally assembling nanoparticles into macroscopic materials," does not disclose performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

29.    The article "A DNA-based method for rationally assembling nanoparticles into macroscopic materials," does not disclose determining the presence and quantification of a silver precipitate in discrete regions.

30.    The article "A DNA-based method for rationally assembling nanoparticles into macroscopic materials," does not disclose correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

31.    The article "A DNA-based method for rationally assembling nanoparticles into macroscopic materials," does not disclose quantification of volume of one or more silver precipitates.

32.     Upon information and belief, Dr. Mirkin is an author of "DNA Ventures into the World of Designer Materials," Science, vol. 227, pp. 1036-1037.  This article was published on August 22, 1997.

33.     The article "DNA Ventures into the World of Designer Materials," does not disclose an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

34.     The article "DNA Ventures into the World of Designer Materials," does not disclose performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

35.     The article "DNA Ventures into the World of Designer Materials," does not disclose determining the presence and quantification of a silver precipitate in discrete regions.

36.     The article "DNA Ventures into the World of Designer Materials," does not disclose correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

37.     The article "DNA Ventures into the World of Designer Materials," does not disclose quantification of volume of one or more silver precipitates.

38.     Upon information and belief, Dr. Mirkin is an author of "One-Pot Colorimetric Differentiation of Polynucleotides with Single Base Imperfections Using Gold Nanoparticle Probes," J. Am. Chem Soc., vol. 120, pp. 1959-64.  This article was published on February 20, 1998.

39.     The article "One-Pot Colorimetric Differentiation of Polynucleotides with Single Base Imperfections Using Gold Nanoparticle Probes," does not disclose an array comprising

discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

40.     The article "One-Pot Colorimetric Differentiation of Polynucleotides with Single Base Imperfections Using Gold Nanoparticle Probes," does not disclose performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

41.     The article "One-Pot Colorimetric Differentiation of Polynucleotides with Single Base Imperfections Using Gold Nanoparticle Probes," does not disclose determining the presence and quantification of a silver precipitate in discrete regions.

42.     The article "One-Pot Colorimetric Differentiation of Polynucleotides with Single Base Imperfections Using Gold Nanoparticle Probes," does not disclose correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

43.     The article "One-Pot Colorimetric Differentiation of Polynucleotides with Single Base Imperfections Using Gold Nanoparticle Probes," does not disclose quantification of volume of one or more silver precipitates.

44.     Upon information and belief, Dr. Mirkin is an author of "Selective Colorimetric Detection of Polynucleotides Based on the Distance-Dependent Optical Properties of Gold Nanoparticles," Science, vol. 277, pp. 1078-80.  This article was published on August 22, 1997.

45.     The article "Selective Colorimetric Detection of Polynucleotides Based on the Distance-Dependent Optical Properties of Gold Nanoparticles," does not disclose an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

46.     The article "Selective Colorimetric Detection of Polynucleotides Based on the Distance-Dependent Optical Properties of Gold Nanoparticles," does not disclose performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

47.     The article "Selective Colorimetric Detection of Polynucleotides Based on the Distance-Dependent Optical Properties of Gold Nanoparticles," does not disclose determining the presence and quantification of a silver precipitate in discrete regions.

48.     The article "Selective Colorimetric Detection of Polynucleotides Based on the Distance-Dependent Optical Properties of Gold Nanoparticles," does not disclose correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

49.     The article "Selective Colorimetric Detection of Polynucleotides Based on the Distance-Dependent Optical Properties of Gold Nanoparticles," does not disclose quantification of volume of one or more silver precipitates.

50.     Upon information and belief, Dr. Mirkin is an author of "Programmed Materials Synthesis with DNA," Chem Rev. 1999, vol. 99, pp. 1849-1862.  This article was published on June 4, 1999.

51.     The article "Programmed Materials Synthesis with DNA," does not disclose an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

52.     The article "Programmed Materials Synthesis with DNA," does not disclose performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

53.    The article "Programmed Materials Synthesis with DNA," does not disclose determining the presence and quantification of a silver precipitate in discrete regions.

54.    The article "Programmed Materials Synthesis with DNA," does not disclose correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

55.    The article "Programmed Materials Synthesis with DNA," does not disclose quantification of volume of one or more silver precipitates.

56.    Upon information and belief, Dr. Mirkin is an author of "Programming the Assembly of Two- and Three-Dimensional Architectures with DNA and Nanoscale Inorganic Building Blocks," Inorg. Chem. 2000, vol. 39, pp. 2258-2272.  This article was published on May 30, 2000.

57.    The article "Programming the Assembly of Two- and Three-Dimensional Architectures with DNA and Nanoscale Inorganic Building Blocks," does not disclose an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

58.    The article "Programming the Assembly of Two- and Three-Dimensional Architectures with DNA and Nanoscale Inorganic Building Blocks," does not disclose performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

59.    The article "Programming the Assembly of Two- and Three-Dimensional Architectures with DNA and Nanoscale Inorganic Building Blocks," does not disclose determining the presence and quantification of a silver precipitate in discrete regions.

60.    The article "Programming the Assembly of Two- and Three-Dimensional Architectures with DNA and Nanoscale Inorganic Building Blocks," does not disclose correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

61.    The article "Programming the Assembly of Two- and Three-Dimensional Architectures with DNA and Nanoscale Inorganic Building Blocks," does not disclose quantification of volume of one or more silver precipitates.

62.    Upon information and belief, Dr. Mirkin is an author of  "Use of Steroid Cyclic Disulfide Anchor in Constructing Gold Nanoparticle-Oligonucleotide Conjugates," Bioconjugate Chem. 2000, vol. 11, pp. 289-291.  This article was published on March 2, 2000.

63.    The article "Use of Steroid Cyclic Disulfide Anchor in Constructing Gold Nanoparticle-Oligonucleotide Conjugates," does not disclose an array comprising discrete regions with a density of at least 20 discrete regions per cm$^2$ for detecting DNA or protein target compounds.

64.    The article "Use of Steroid Cyclic Disulfide Anchor in Constructing Gold Nanoparticle-Oligonucleotide Conjugates," does not disclose performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

65.    The article "Use of Steroid Cyclic Disulfide Anchor in Constructing Gold Nanoparticle-Oligonucleotide Conjugates," does not disclose determining the presence and quantification of a silver precipitate in discrete regions.

66.    The article "Use of Steroid Cyclic Disulfide Anchor in Constructing Gold Nanoparticle-Oligonucleotide Conjugates," does not disclose correlating the presence and

quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

67.    The article "Use of Steroid Cyclic Disulfide Anchor in Constructing Gold Nanoparticle-Oligonucleotide Conjugates," does not disclose quantification of volume of one or more silver precipitates.

68.    Upon information and belief, Dr. Mirkin is an author of "Scanometric DNA array detection with nanoparticle probes," Science, vol. 289, pp. 1757-60.  This article was published on Sept. 8, 2000.

69.    The article "Scanometric DNA array detection with nanoparticle probes," does not disclose an array comprising discrete regions with a density of at least 20 discrete regions per cm$^2$ for detecting DNA or protein target compounds.

70.    The article "Scanometric DNA array detection with nanoparticle probes," does not disclose performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

71.    The article "Scanometric DNA array detection with nanoparticle probes," does not disclose determining the presence and quantification of a silver precipitate in discrete regions.

72.    The article "Scanometric DNA array detection with nanoparticle probes," does not disclose correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

73.    The article "Scanometric DNA array detection with nanoparticle probes," does not disclose quantification of volume of one or more silver precipitates.

74.    Upon information and belief, Dr. Mirkin was not an author of any article published prior to May 19, 2000, which discloses an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

75.    Upon information and belief, Dr. Mirkin was not an author of any article published prior to May 19, 2000, which discloses performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

76.    Upon information and belief, Dr. Mirkin was not an author of any article published prior to May 19, 2000, which discloses determining the presence and quantification of a silver precipitate in discrete regions.

77.    Upon information and belief, Dr. Mirkin was not an author of any article published prior to May 19, 2000, which discloses correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

78.    Upon information and belief, Dr. Mirkin was not an author of any article published prior to May 19, 2000, which discloses quantification of volume of one or more silver precipitates.

79.    Upon information and belief, Dr. Mirkin did not give any public presentation prior to May 19, 2000, which discloses an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

80.    Upon information and belief, Dr. Mirkin did not give any public presentation prior to May 19, 2000, which discloses performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

81.     Upon information and belief, Dr. Mirkin did not give any public presentation prior to May 19, 2000, which discloses determining the presence and quantification of a silver precipitate in discrete regions.

82.     Upon information and belief, Dr. Mirkin did not give any public presentation prior to May 19, 2000, which discloses correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

83.     Upon information and belief, Dr. Mirkin did not give any public presentation prior to May 19, 2000, which discloses quantification of volume of one or more silver precipitates.

84.     Upon information and belief, Dr. Mirkin did not give any public presentation prior to May 19, 1999, which discloses an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

85.     Upon information and belief, Dr. Mirkin did not give any public presentation prior to May 19, 1999, which discloses performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

86.     Upon information and belief, Dr. Mirkin did not give any public presentation prior to May 19, 1999, which discloses determining the presence and quantification of a silver precipitate in discrete regions.

87.     Upon information and belief, Dr. Mirkin did not give any public presentation prior to May 19, 1999, which discloses correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

88.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to May 19, 1999, which discloses quantification of volume of one or more silver precipitates.

89.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to January 1, 1999, which discloses an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

90.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to January 1, 1999, which discloses performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

91.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to January 1, 1999, which discloses determining the presence and quantification of a silver precipitate in discrete regions.

92.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to January 1, 1999, which discloses correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

93.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to January 1, 1999, which discloses quantification of volume of one or more silver precipitates.

94.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to July 1, 1998, which discloses an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

95.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to July 1, 1998, which discloses performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

96.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to July 1, 1998, which discloses determining the presence and quantification of a silver precipitate in discrete regions.

97.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to July 1, 1998, which discloses correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

98.   Upon information and belief, Dr. Mirkin did not give any public presentation prior to July 1, 1998, which discloses quantification of volume of one or more silver precipitates.

99.   Dr. Mirkin is listed as an inventor named on U.S. Patent No. 6,361,944.

100.   U.S. Patent No. 6,361,944 does not disclose an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

101.   U.S. Patent No. 6,361,944 does not disclose performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

102.   U.S. Patent No. 6,361,944 does not disclose determining the presence and quantification of a silver precipitate in discrete regions.

103.   U.S. Patent No. 6,361,944 does not disclose correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

104.   U.S. Patent No. 6,361,944 does not disclose quantification of volume of one or more silver precipitates.

105.   U.S. Patent No. 6,361,944 is a continuation-in-part of application Ser. No. 09/240,755, filed Jan. 29, 1999, which was a continuation-in-part of pending PCT application PCT/US97/12783, which was filed July 21, 1997, which claimed benefit of provisional application No. 60/031,809, filed July 29, 1996.

106.   None of application Ser. No. 09/240,755, PCT application PCT/US97/12783, or provisional application No. 60/031,809 disclose an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

107.   None of application Ser. No. 09/240,755, PCT application PCT/US97/12783, or provisional application No. 60/031,809 disclose performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

108.   None of application Ser. No. 09/240,755, PCT application PCT/US97/12783, or provisional application No. 60/031,809 disclose determining the presence and quantification of a silver precipitate in discrete regions.

109.   None of application Ser. No. 09/240,755, PCT application PCT/US97/12783, or provisional application No. 60/031,809 disclose correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

110.   None of application Ser. No. 09/240,755, PCT application PCT/US97/12783, or provisional application No. 60/031,809 disclose quantification of volume of one or more silver precipitates.

111.    Upon information and belief, Dr. Mirkin is not a named inventor or co-inventor of a patent or patent application filed before May 19, 2000, which discloses an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

112.    Upon information and belief, Dr. Mirkin is not a named inventor or co-inventor of a patent or patent application filed before May 19, 2000, which discloses performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

113.    Upon information and belief, Dr. Mirkin is not a named inventor or co-inventor of a patent or patent application filed before May 19, 2000, which discloses determining the presence and quantification of a silver precipitate in discrete regions.

114.    Upon information and belief, Dr. Mirkin is not a named inventor or co-inventor of a patent or patent application filed before May 19, 2000, which discloses correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

115.    Upon information and belief, Dr. Mirkin is not a named inventor or co-inventor of a patent or patent application filed before May 19, 2000, which discloses quantification of volume of one or more silver precipitates.

116.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to May 19, 2000, involving an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

117.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to May 19, 2000, involving a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

118.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to May 19, 2000, involving determining the presence and quantification of a silver precipitate in discrete regions.

119.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to May 19, 2000, involving correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

120.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to May 19, 2000, involving quantification of volume of one or more silver precipitates.

121.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to May 19, 1999, involving an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

122.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to May 19, 1999, involving a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

123.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to May 19, 1999, involving determining the presence and quantification of a silver precipitate in discrete regions.

124.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to May 19, 1999, involving correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

125.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to May 19, 1999, involving quantification of volume of one or more silver precipitates.

126.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to January 1, 1999, involving an array comprising discrete regions with a density of at least 20 discrete regions per cm$^2$ for detecting DNA or protein target compounds.

127.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to January 1, 1999, involving a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

128.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to January 1, 1999, involving determining the presence and quantification of a silver precipitate in discrete regions.

129.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to January 1, 1999, involving correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

130.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to January 1, 1999, involving quantification of volume of one or more silver precipitates.

131.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to July 1, 1998, involving an array comprising discrete regions with a density of at least 20 discrete regions per cm$^2$ for detecting DNA or protein target compounds.

132.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to July 1, 1998, involving a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

133.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to July 1, 1998, involving determining the presence and quantification of a silver precipitate in discrete regions.

134.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to July 1, 1998, involving correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

135.    Upon information and belief, Dr. Mirkin did not perform any experiments prior to July 1, 1998, involving quantification of volume of one or more silver precipitates.

136.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to May 19, 2000, an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

137.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to May 19, 2000, performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

138.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to May 19, 2000, determining the presence and quantification of a silver precipitate in discrete regions.

139.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to May 19, 2000, correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

140.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to May 19, 2000, quantification of volume of one or more silver precipitates.

141.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to May 19, 1999, an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

142.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to May 19, 1999, performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

143.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to May 19, 1999, determining the presence and quantification of a silver precipitate in discrete regions.

144.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to May 19, 1999, correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

145.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to May 19, 1999, quantification of volume of one or more silver precipitates.

146.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to January 1, 1999, an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

147.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to January 1, 1999, performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

148.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to January 1, 1999, determining the presence and quantification of a silver precipitate in discrete regions.

149.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to January 1, 1999, correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

150.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to January 1, 1999, quantification of volume of one or more silver precipitates.

151.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to July 1, 1998, an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

152.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to July 1, 1998, performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

153.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to July 1, 1998, determining the presence and quantification of a silver precipitate in discrete regions.

154.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to July 1, 1998, correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

155.    Upon information and belief, Dr. Mirkin does not describe in notebooks or other documents authored by Dr. Mirkin, prior to July 1, 1998, quantification of volume of one or more silver precipitates.

156.    Upon information and belief, Nanosphere is not the assignee of any patent or patent application filed before May 19, 2000, which discloses an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

157.    Upon information and belief, Nanosphere is not the assignee of any patent or patent application filed before May 19, 2000, which discloses performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

158.    Upon information and belief, Nanosphere is not the assignee of any patent or patent application filed before May 19, 2000, which discloses determining the presence and quantification of a silver precipitate in discrete regions.

159.    Upon information and belief, Nanosphere is not the assignee of any patent or patent application filed before May 19, 2000, which discloses correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

160.    Upon information and belief, Nanosphere is not the assignee of any patent or patent application filed before May 19, 2000, which discloses quantification of volume of one or more silver precipitates.

161.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to May 19, 2000, involving an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

162.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to May 19, 2000, involving a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

163.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to May 19, 2000, involving determining the presence and quantification of a silver precipitate in discrete regions.

164.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior May 19, 2000, involving correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

165.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to May 19, 2000, involving quantification of volume of one or more silver precipitates.

166.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to May 19, 1999, involving an array

comprising discrete regions with a density of at least 20 discrete regions per cm$^2$ for detecting DNA or protein target compounds.

167.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to May 19, 1999, involving a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

168.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to May 19, 1999, involving determining the presence and quantification of a silver precipitate in discrete regions.

169.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior May 19, 1999, involving correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

170.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to May 19, 1999, involving quantification of volume of one or more silver precipitates.

171.   Upon information and belief,  Nanosphere, including its employees and/or consultants, did not perform any experiments prior to January 1, 1999, involving an array comprising discrete regions with a density of at least 20 discrete regions per cm$^2$ for detecting DNA or protein target compounds.

172.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to January 1, 1999, involving a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

173.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to January 1, 1999, involving determining the presence and quantification of a silver precipitate in discrete regions.

174.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior January 1, 1999, involving correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

175.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to January 1, 1999, involving quantification of volume of one or more silver precipitates.

176.   Upon information and belief,  Nanosphere, including its employees and/or consultants, did not perform any experiments prior to July 1, 1998, involving an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

177.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to July 1, 1998, involving a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

178.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to July 1, 1998, involving determining the presence and quantification of a silver precipitate in discrete regions.

179.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior July 1, 1998, involving correlating the

presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

180.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not perform any experiments prior to July 1, 1998, involving quantification of volume of one or more silver precipitates.

181.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to May 19, 2000, an array comprising discrete regions with a density of at least 20 discrete regions per cm$^2$ for detecting DNA or protein target compounds.

182.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to May 19, 2000, performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

183.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to May 19, 2000, determining the presence and quantification of a silver precipitate in discrete regions.

184.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to May 19, 2000, correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

185.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to May 19, 2000, quantification of volume of one or more silver precipitates.

186.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to May 19, 1999, an array comprising discrete regions with a density of at least 20 discrete regions per cm$^2$ for detecting DNA or protein target compounds.

187.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to May 19, 1999, performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

188.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to May 19, 1999, determining the presence and quantification of a silver precipitate in discrete regions.

189.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to May 19, 1999, correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

190.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to May 19, 1999, quantification of volume of one or more silver precipitates.

191.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to January 1, 1999, an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

192.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to January 1, 1999 performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

193.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to January 1, 1999, determining the presence and quantification of a silver precipitate in discrete regions.

194.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to January 1, 1999, correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

195.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to January 1, 1999, quantification of volume of one or more silver precipitates.

196.   Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to July 1, 1998, an array comprising discrete regions with a density of at least 20 discrete regions per $cm^2$ for detecting DNA or protein target compounds.

{J599504 00737325.DOC 2}

197.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to July 1, 1998, performing a catalytic reduction of silver ions present in solution leading to formation of a silver precipitate.

198.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to July 1, 1998, determining the presence and quantification of a silver precipitate in discrete regions.

199.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to July 1, 1998, correlating the presence and quantification of a silver precipitate at discrete regions with the identification and/or a quantification of a target compound.

200.    Upon information and belief, Nanosphere, including its employees and/or consultants, did not describe in notebooks or other documents authored by Nanosphere, prior to July 1, 1998, quantification of volume of one or more silver precipitates.

## COUNT 1 – INFRINGEMENT OF THE '829 PATENT

201.    Plaintiffs incorporate by reference the allegations of paragraphs 1 through 200 above, as if fully set forth herein.

202.    Defendant has infringed, induced infringement of, and contributorily infringed the '829 patent in violation of 35 U.S.C. § 271, and is still doing so by making, using, offering to sell and selling without authority its Verigene® products in the United States and will continue to do so unless enjoined by this Court.

203.    Plaintiffs have notified Defendant that its products infringe the '829 patent.

204.    Despite such notification, Defendant has refused to cease its infringing activities, and continues to infringe the '829 patent.

205.    Plaintiffs have been and continue to be injured by Defendant's infringement of the '829 patent because, among other reasons, Defendant's actions have resulted in the wrongful diversion of sales and profits from Plaintiff.

206.    Defendant's acts of infringement of the '829 patent was done with full knowledge of the '829 patent. Upon information and belief, Defendant has deliberately, intentionally and willfully disregarded Plaintiffs' patent rights. Thus Defendant has willfully infringed the '829 patent, making this an exceptional case within the meaning of 35 U.S.C. § 285.

207.    Plaintiffs have placed the required statutory notice on all of its products manufactured and sold by Plaintiffs under the '829 patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs seeks a judgment against Defendant as follows:

a.  That Defendant has infringed the '829 patent.

b.  Awarding Plaintiffs damages for Defendant's infringement of the '829 patent.

c.  That Defendant, its subsidiaries, affiliates, parents, successors, assigns, officers, agents, servants, employees, attorneys, and all persons acting in concert or in participation with them, or any of them, be enjoined from infringing, contributing to the infringement of, and inducing infringement of the '829 patent, and specifically from directly or indirectly making, using, selling, or offering for sale, any products or services embodying the inventions of the '829 patent during the life of the claims of the patent, without the express written authority of Plaintiffs.

d.  That Defendant's infringement of the '829 patent is and has been willful.

e.  Awarding Plaintiffs treble damages pursuant to 35 U.S.C. § 284.

f.  That this case be deemed exceptional pursuant to 35 U.S.C. § 285.

g.  Awarding Plaintiffs their reasonable attorney's fees.

h.  Awarding Plaintiffs their the costs of suit, and an assessment of interest.

i.  Awarding Plaintiffs such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demands a jury trial as to all issues so triable.


YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Adam W. Poff (No. 3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
apoff@ycst.com

*Attorneys for Plaintiffs*


OF COUNSEL:

GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
Mark B. Angres
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191


Dated: July 10, 2009