IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EPPENDORF AG, et al. | : | CIVIL ACTION |
| v. | : | |
| NANOSPHERE INC. | : | NO. 09-504 |

## ORDER

AND NOW, this 15th day of July, 2010, the Court having received correspondence from counsel on various topics, it is hereby ORDERED as follows:

1. As to expert issues, the party seeking to add an expert should file a motion forthwith. The response should be filed within seven (7) days. The Court will attempt to expedite resolution and may have a telephone conference or oral argument.

2. As to scheduling issues, the trial in this case will take place in the U.S. District Court in Wilmington, Delaware before a jury selected from the District of Delaware pursuant to the District of Delaware's Local Rules and practices. The trial pool date is November 1, 2010.

3. The due date for reply briefs on dispositive motions is advanced to September 24, 2010 at 12 noon.

4. The Court will have oral argument on all outstanding motions on Wednesday, September 29, 2010 at 3:00 p.m. in Courtroom 3A.

BY THE COURT:

/s/ M. Baylson
Michael M. Baylson, U.S.D.J.

O:\DE Cases\09-504 Eppendorf v. Nanosphere\Eppendorf - Order 7-15-10.wpd